Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN J. THARP, JR. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 0640 | **DATE** | 2/1/2013 |
| **CASE TITLE** | Devon L. Oliver (#2012-0903196) v. No Named Defendant | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#3] is denied, without prejudice. The plaintiff is granted thirty days in which either to file a renewed, properly completed application to proceed *in forma pauperis* application on the enclosed form with the supporting information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee. The plaintiff must also submit an amended complaint (plus a judge's copy and service copies) naming a proper defendant. The clerk is directed to send the plaintiff an i.f.p. application, an amended complaint form, and instructions along with a copy of this order. Failure of the plaintiff to comply with this order within thirty days will result in summary dismissal of this case. The plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ **[For further details see text below.]**　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

　　　The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that he was subjected to inhumane conditions of confinement at the Cook County Jail for six days in September 2012. More specifically, the plaintiff alleges that he went without food for two days, a shower for four days, and visits for six days; he additionally contends that the water was "brown" and that his housing unit was too cold.

　　　The plaintiff's incomplete application for leave to proceed *in forma pauperis* is unacceptable. An incarcerated person seeking leave to proceed *in forma pauperis* must obtain a certificate from a prison official stating the amount of money the prisoner has on deposit in his or her prison or jail trust fund account. To enable the court to make the necessary assessment of an initial partial filing fee, the prisoner must also "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). In the case at bar, the plaintiff's i.f.p. petition is not certified, and he has failed to include copies of his prison trust fund ledgers.
**(CONTINUED)**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mjm

| STATEMENT (continued) |
|---|

      If the plaintiff wants to proceed with this lawsuit, he must submit a renewed i.f.p. petition that is certified by a correctional official and that includes copies of trust fund ledgers showing his income for the six months preceding the initiation of this lawsuit [that is, from July 25, 2012, through January 25, 2013].

      The plaintiff must also submit an amended complaint, as the complaint on file does not name a proper--indeed, any--defendant. The plaintiff must name as defendants those responsible for the alleged violations of his constitutional rights (that is, those individuals who subjected him to unconstitutional conditions of confinement and/or those individuals who were aware of his deprivations but who refused to take any corrective action).

      The plaintiff is granted thirty days in which to submit an amended complaint on the court's required form. The plaintiff must write both the case number and the judge's name on the amended complaint, sign it, and return it to the Prisoner Correspondent. **As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the amended complaint.** The plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations against all defendants must be set forth in the amended complaint, without reference to the original complaint. Any exhibits the plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. The plaintiff is advised to keep a copy for his files. The clerk will provide the plaintiff with an i.f.p. application, an amended civil rights complaint form, and instructions along with a copy of this order.

      For the foregoing reasons, the complaint on file is dismissed. The plaintiff is granted thirty days in which to: (1) either pay the $350.00 filing fee or submit a properly completed application to proceed *in forma pauperis*; and (2) submit an amended complaint (plus a judge's copy and service copies) naming as defendants those individuals who were personally and directly responsible for the plaintiff's hardships.